FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2484
_____

LATERIK BAYNARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.


July 17, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob Grollman of Grollman Law P.A., Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.